1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone:  (415) 255-0462
   Facsimile:  (415) 431-4526
4
   Counsel for Plaintiff
5  TOM McMILLIN

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  TOM McMILLIN,                 ) No.   C-11-3201-MEJ
                                  )
12         Plaintiff,              ) **[Proposed] ORDER CONTINUING**
                                  ) **INITIAL CASE MANAGEMENT**
13  v.                             ) **CONFERENCE**
                                  )
14  FOSTER CITY, et al.,           )
                                  )
15         Defendants.             ) Honorable Maria-Elena James
                                  )

16      GOOD CAUSE APPEARING,

17      IT IS HEREBY ORDERED AS FOLLOWS:

18      The initial case management conference in this matter shall be and is

19  continued to December  8 , 2011, at 10:00 a.m.  The parties' joint case

20  management conference statement shall be filed by  December 1 , 2011.

21      Plaintiff's counsel shall give notice of this Order to all parties.

22      **IT IS SO ORDERED.**

23

24  Date:  October 3 , 2011

25                                      _____
                                        HON. MARIA-ELENA JAMES
26                                      United States District Court
                                        Northern District of California
27

28

---

*McMillin v. Foster City, et al.*                                    P031ORDER
[Proposed] ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE