**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking                                                                          General Court Number
Clerk                                                                                                 415.522.2000

## December 28, 2011

**CASE NUMBER:  CV 11-03201 MEJ**
**CASE TITLE:  TOM MCMILLIN-v-FOSTER CITY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 12/28/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                              Entered in Computer 12/28/11 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA