**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                      General Court Number
Clerk                                                              415.522.2000

**December 28, 2011**

**CASE NUMBER:  CV 11-03201 MEJ**
**CASE TITLE:  TOM MCMILLIN-v-FOSTER CITY**

REASSIGNMENT ORDER

  GOOD CAUSE APPEARING THEREFOR,

  IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

  Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.

  ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/28/11

                 FOR THE EXECUTIVE COMMITTEE:

                 _____*Richard W. Wieking*_____
                             Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies      Special Projects
Log Book Noted           Entered in Computer 12/28/11 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel          Transferor CSA