Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone: (415) 255-0462
Facsimile: (415) 431-4526

Counsel for Plaintiff
TOM McMILLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM McMILLIN, | No. C-11-3201-WHA |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |
| v. | |
| FOSTER CITY, et al., | Date: April 19, 2012 |
| Defendants. | Time: 3:00 p.m. |
| | Honorable William H. Alsup |

TO THE HONORABLE COURT HEREIN:

THE PARTIES HERETO HEREBY STIPULATE AND AGREE AS FOLLOWS:

There presently is set a case management herein for April 19, 2012, at 3:00 p.m.

Plaintiff's counsel likely will be in trial in Alameda County in the matter *Cacianti v. Ratto*, and thus likely will be unavailable for the April 19, 2012, CMC before this Court.

As a result of the meet and confer process, the parties agreed on a date by which Plaintiff will file a first amended complaint. The parties have also agreed information Plaintiff believes relevant may be discovered through a subpoena served on the State of California, Department of Consumer Affairs, and production pursuant to that subpoena has not been completed.

/ / /

1  The parties' counsel have met and conferred and are in the process of
2  submitting timely their joint case management statement.
3  After conferring on a new date, all counsel agree they are available on
4  Thursday, May 10, 2012, at 3:00 p.m., or as soon thereafter as the Court
5  may set this matter.
6  Therefore, based on the above, the parties hereby request that the
7  Court re-schedule the initial Case Management Conference to May 10, 2012.

```
Date:    April 9, 2012              Russell A. Robinson /s/
                                By:  Russell A. Robinson
                                Law Office of Russell A. Robinson
                                Counsel for Plaintiff
                                TOM McMILLIN


Date:    April 9, 2012              Joseph C. Howard, Jr. /s/
                                By:  Joseph C. Howard, Jr.
                                Howard Rome Martin & Ridley, LLP
                                Counsel for Defendants
                                FOSTER CITY, FOSTER CITY POLICE
                                DEPARTMENT, DOUGLAS NIX, and
                                PIERRE MORRISON


Date:    April 9, 2012              Daniel J. Valim /s/
                                By:  Daniel J. Valim
                                Office of County Counsel
                                County of San Mateo
                                Counsel for Defendants
                                COUNTY OF SAN MATEO, SAN MATEO
                                DISTRICT ATTORNEY'S OFFICE, VISHAL
                                DINESH JANGLA, and ALPANA DAMODAR
                                SAMANT
```

28  / / /

1 **ORDER**

2 Based on the above stipulated request, and good cause appearing, it is
3 hereby ordered as follows:
4 The case management conference set for April 19, 2012, at 3:00 p.m.,
5 is hereby continued to Thursday, May 10, 2012, at 3:00 p.m. ~~The~~
   A joint statement is due at least seven days prior.
6 ~~parties need not file a new joint case management conference statement~~.
   THERE WILL BE NO FURTHER CONTINUANCES.
7 **IT IS SO ORDERED.**

9 Date:        April 9, 2012
10                                          Honorable WILLIAM H. ALSUP
                                            Judge, United States District Court
11                                          Northern District of California

*IT IS SO ORDERED AS MODIFIED*
/s/ Wm Alsup
Judge William Alsup

---

*McMillin v. Foster City, et al.*                                    P041STIP
STIPULATED REQUEST TO CONTINUE CMC;
ORDER                                    - 3 -