1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone: (415) 255-0462
   Facsimile:   (415) 431-4526
4
   Counsel for Plaintiff
5  TOM McMILLIN

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 TOM McMILLIN,                          ) No.   C-11-3201-WHA
                                          )
            Plaintiff,                     ) **STIPULATED REQUEST TO**
12                                         ) **CONTINUE CASE MANAGEMENT**
   v.                                      ) **CONFERENCE; ORDER**
13                                         )
   FOSTER CITY, et al.,                    ) Date:         April 19, 2012
14                                         ) Time:         3:00 p.m.
            Defendants.                    )
15 _____) Honorable William H. Alsup

16       TO THE HONORABLE COURT HEREIN:

17       THE PARTIES HERETO HEREBY STIPULATE AND AGREE AS FOLLOWS:

18       There presently is set a case management herein for April 19, 2012, at

19 3:00 p.m.

20       Plaintiff's counsel likely will be in trial in Alameda County in the matter

21 *Cacianti v. Ratto*, and thus likely will be unavailable for the April 19, 2012,

22 CMC before this Court.

23       As a result of the meet and confer process, the parties agreed on a

24 date by which Plaintiff will file a first amended complaint.  The parties have

25 also agreed information Plaintiff believes relevant may be discovered through

26 a subpoena served on the State of California, Department of Consumer

27 Affairs, and production pursuant to that subpoena has not been completed.

28 / / /

---

*McMillin v. Foster City, et al.*                                                 P041STIP
STIPULATED REQUEST TO CONTINUE CMC;
ORDER

1      The parties' counsel have met and conferred and are in the process of

2  submitting timely their joint case management statement.

3      After conferring on a new date, all counsel agree they are available on

4  Thursday, May 10, 2012, at 3:00 p.m., or as soon thereafter as the Court

5  may set this matter.

6      Therefore, based on the above, the parties hereby request that the

7  Court re-schedule the initial Case Management Conference to May 10, 2012.

8

9
      Date:      April 9, 2012              _____*Russell A. Robinson /s/*_____
10                                          By:   Russell A. Robinson
                                            Law Office of Russell A. Robinson
11                                          Counsel for Plaintiff
                                            TOM McMILLIN
12

13

14    Date:      April 9, 2012              _____*Joseph C. Howard, Jr. /s/*_____
                                            By:   Joseph C. Howard, Jr.
15                                          Howard Rome Martin & Ridley, LLP
                                            Counsel for Defendants
16                                          FOSTER CITY, FOSTER CITY POLICE
                                            DEPARTMENT, DOUGLAS NIX, and
17                                          PIERRE MORRISON

18

19    Date:      April 9, 2012              _____*Daniel J. Valim /s/*_____
                                            By:   Daniel J. Valim
20                                          Office of County Counsel
                                            County of San Mateo
21                                          Counsel for Defendants
                                            COUNTY OF SAN MATEO, SAN MATEO
22                                          DISTRICT ATTORNEY'S OFFICE, VISHAL
                                            DINESH JANGLA, and ALPANA DAMODAR
23                                          SAMANT

24

25

26

27

28  / / /

1        **ORDER**

2        Based on the above stipulated request, and good cause appearing, it is

3   hereby ordered as follows:

4        The case management conference set for April 19, 2012, at 3:00 p.m.,

5   is hereby continued to Thursday, May 10 , 2012, at  3:00  p.m.  ~~The~~
    A joint statement is due at least seven days prior.

6   ~~parties need not file a new joint case management conference statement~~.
    THERE WILL BE NO FURTHER CONTINUANCES.

7        **IT IS SO ORDERED.**

8

9   Date:        April 9 , 2012        _____

10                                     Honorable WILLIAM H. ALSUP
                                       Judge, United States District Court
11                                     Northern District of California

12                                     IT IS SO ORDERED
                                       AS MODIFIED
13                                     Judge William Alsup

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*McMillin v. Foster City, et al.*                                P041STIP
STIPULATED REQUEST TO CONTINUE CMC;
ORDER                              - 3 -