United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM MCMILLIN,                                     No. C 11-03201 WHA

        Plaintiff,

  v.                                                     **ORDER TO SHOW CAUSE**

FOSTER CITY, et al.,

        Defendants.

_____/

     Plaintiff Tom McMillin, who is represented by counsel, has failed to seek leave to file an amended complaint by the deadline set in the order dismissing the original complaint (Dkt. No. 38). Plaintiff is hereby **ORDERED TO SHOW CAUSE BY NOON ON SEPTEMBER 20, 2012,** why judgment should not be entered against him.

     **IT IS SO ORDERED.**

Dated:   September 7, 2012.

                              _____
                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE