UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM L. MCMILLIN,<br><br>          Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>          Defendants. | Case No. 24-cv-00950-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In light of Plaintiff Tom L. McMillin's Notice of Related Case, ECF 8, and pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable William Alsup for consideration of whether the case is related to *McMillin v. Foster City et al*, 11-cv-03201-WHA.

**IT IS SO ORDERED.**

Dated: July 11, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**